No. 72–798. STRIPLING ET AL. *v.* JEFFERSON COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–800. MAITA ET AL. *v.* ALCOHOLIC BEVERAGE CONTROL APPEALS BOARD OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–807. ROMEO ET UX. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–809. PERMISOHN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–810. GRAVES ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 72–813. CAPONIGRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–814. MID-CONTINENT SPRING COMPANY OF KENTUCKY *v.* MITCHELL. C. A. 6th Cir. Certiorari denied.

No. 72–820. CASSINO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–825. UNIVERSITY OF SOUTHERN CALIFORNIA *v.* COST OF LIVING COUNCIL ET AL. U. S. Temp. Emergency Ct. App. Certiorari denied.

No. 72–830. LEWIS, SECRETARY OF STATE OF ILLINOIS *v.* ILLINOIS STATE EMPLOYEES UNION, COUNCIL 34, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, ET AL. C. A. 7th Cir. Certiorari denied.